UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENSINGTON APARTMENT PROPERTIES, LLC,

    Plaintiff,

    v.

LOANVEST IX, L.P.,

    Defendant.

Case No. 15-cv-06286-RS

**ORDER TO SHOW CAUSE**

This is a bankruptcy appeal that was filed on December 30, 2015. No further proceedings have ensued since. Appellant is hereby ordered to show cause on or before September 28, 2016 why the appeal should not be dismissed for lack of prosecution.

**IT IS SO ORDERED**.

Dated: September 14, 2016

_____
RICHARD SEEBORG
United States District Judge